UNITED STATES DISTRICT COURT

DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 24-00001-DLF |
| | ) | |
| CHRISTOPHER KENILEY | ) | |

**NOTICE OF FILING OF EXHIBIT INCOMPATIBLE WITH CM/ECF FILING**

Defendant, Christopher Keniley, in accordance with Local Rule 49(e)(1), hereby files this notice of filing of a single exhibit which is incompatible with CM/ECF filing. The item is a video in aid of sentencing that is referred to in defendant's sentencing memorandum as Exhibit A and will be referred to during the sentencing hearing. The defendant will make the video exhibit available to the Court and counsel of record electronically.

CHRIS KENILEY
By his attorney,

/s/ Timothy G. Watkins
Timothy G. Watkins
Federal Defender Office
District Of Massachusetts
Western Massachusetts Office
1 Federal St, Building 101, Suite 3W
Springfield, MA 01105

**CERTIFICATE OF SERVICE**

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 16, 2024.

/s/ Timothy G. Watkins
Timothy G. Watkins